SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
Eden Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
ARTHUR J. GALLAGHER & CO., JOSEPH INGE and DANIEL J. McNAMARA

C 07 5105 SI

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY GAW, | Case No. |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | CIVIL L.R. 3-16 |
| ARTHUR J. GALLAGHER & CO.; JOSEPH INGE, an individual; DANIEL J. MCNAMARA, an individual; and DOES 1 to 20, inclusive, | |
| Defendants. | |

Pursuant to Northern District Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 3, 2007

SEYFARTH SHAW LLP

By /s/ Eden Anderson
Kari Erickson Levine
Eden Anderson
Attorneys for Defendants
ARTHUR J. GALLAGHER & CO.,
JOSEPH INGE AND DANIEL J.
MCNAMARA

SF1 28302543.1 / 37808-000059

Notice of Interested Parties - Case No. Pending