SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
Eden Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
ARTHUR J. GALLAGHER & CO., JOSEPH INGE and DANIEL J. McNAMARA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMMY GAW, | ) | Case No. C 07 5105 SI |
| Plaintiff, | ) | **PROOF OF SERVICE OF WELCOME** |
| | ) | **TO THE U.S. DISTRICT COURT, SAN** |
| v. | ) | **FRANCISCO; NOTICE OF** |
| | ) | **AVAILABILITY OF MAGISTRATE** |
| ARTHUR J. GALLAGHER & CO.; JOSEPH | ) | **JUDGE TO EXERCISE** |
| INGE, an individual; DANIEL J. | ) | **JURISDICTION; NOTICE OF** |
| MCNAMARA, an individual; and DOES 1 to | ) | **LAWSUIT AND REQUEST FOR** |
| 20, inclusive, | ) | **WAIVER OF SERVICES OF** |
| | ) | **SUMMONS FORM; WAIVER OF** |
| Defendants. | ) | **SERVICE OF SUMMONS FORM;ECF** |
| | ) | **REGISTRATION INFORMATION** |
| | ) | **HANDOUT; AND ORDER SETTING** |
| | ) | **INITIAL CASE MANAGEMENT** |
| | ) | **CONFERENCE AND ADR DEADLINES** |

STATE OF CALIFORNIA          )
                             )    ss
COUNTY OF SAN FRANCISCO       )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On October 4, 2007, I served the within documents:

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICES OF SUMMONS FORM; WAIVER OF SERVICE OF SUMMONS FORM;ECF REGISTRATION INFORMATION HANDOUT; and ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Proof of Service - Case No. C 07 5105 SI

1

2  ☐  I sent such document from facsimile machine (415) 397-8549 on October 3, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

3

4

5  ☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

6

7  ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

8

9  ☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

10

11  ☐  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

12

13

14  BOHN & BOHN
Robert H. Bohn, Esq.

15  152 North Third Street, Suite 200
San Jose, California 95112

16  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

17

18

19  I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

20

21  Executed on October 4, 2007, at San Francisco, California.

22  _____
Patricia K. Massender

23

24

25

26

27

28

2