**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>JOSEPH INGE, an individual; DANIEL J.<br>MCNAMARA, an individual; and DOES 1<br>to 20, inclusive,<br><br>    Defendants. | Case No. 3:07-CV-5105<br><br>DECLARATION OF<br>ROBERT H. BOHN IN SUPPORT OF<br>CLAIM FOR ATTORNEY'S FEES |

I, ROBERT H. BOHN, declare the following under penalty of perjury and know the same of my own personal knowledge and am competent to testify thereto if called upon as a witness.

1. My usual and customary attorney fee on an hourly basis is $500.00 per hour.

2. I have expended ten hours in research in preparation of this motion to remand.

3. Request is hereby made on behalf of the plaintiff for an award of $5,000 in attorney's fees to oppose the inappropriate removal of this case from Superior Court.

Executed this 29th day of October 2007, at San Jose, California.

_____
ROBERT H. BOHN

---

Gaw v. Arthur J. Gallagher & Co., et al.
DECLARATION OF ROBERT H. BOHN IN SUPPORT OF CLAIM FOR ATTORNEY FEES          1