**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>        Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>JOSEPH INGE, an individual; DANIEL J.<br>MCNAMARA, an individual; and DOES 1<br>to 20, inclusive,<br><br>        Defendants. | Case No. 3:07-CV-5105<br><br>(*PROPOSED*) ORDER REMANDING CASE TO SUPERIOR COURT AND FOR AN AWARD OF ATTORNEY'S FEES TO PLAINTIFF'S COUNSEL |

Plaintiff TAMMY GAW, motions for an order remanding her case to San Francisco County Superior Court and for an award of attorney's fees to plaintiff's counsel Robert H. Bohn. Said motion was heard by this court on December 7, 2007, at 9:00 A.M., in Courtroom 10. Counsel present for plaintiff were Robert H. Bohn and counsel for defendants Arthur J. Gallagher & Co., Joseph Inge and Daniel J. McNamara were also present. Proof having been made and good cause appearing, IT IS HEREBY ORDERED:

    1.    Plaintiff's request for remand of the above-action from U.S. District Court, San Francisco is hereby granted and that the matter will be remanded to the San Francisco County Superior Court of California, Case No. CGC-07-465649; and

    2.    Plaintiff's counsel's request for attorney's fees in the amount of $5,000 is hereby

---

Gaw v. Arthur J. Gallagher & Co., et al.
(*PROPOSED*) ORDER REMANDING CASE TO SUPERIOR COURT
AND FOR AN AWARD OF ATTORNEY'S FEES TO PLAINTIFF'S COUNSEL    1

1 | granted.

3 | SO ORDERED.

5 | Dated:_____

HONORABLE SUSAN ILLSTON

Gaw v. Arthur J. Gallagher & Co., et al.
(*PROPOSED*) ORDER REMANDING CASE TO SUPERIOR COURT
AND FOR AN AWARD OF ATTORNEY'S FEES TO PLAINTIFF'S COUNSEL

2