1

**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

2

3

4

5   Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO

10

11   TAMMY GAW,                          Case No. 3:07-CV-5105

12            Plaintiff,
                                         **PLAINTIFF'S INDEX OF STATE**
13       v.                              **AUTHORITIES IN SUPPORT OF**
                                         **PLAINTIFF'S MOTION TO REMAND**
14   ARTHUR J. GALLAGHER & CO.;
15   JOSEPH INGE, an individual; DANIEL J.
     MCNAMARA, an individual; and DOES 1
16   to 20, inclusive,

17            Defendants.
     _____/

18

19       Plaintiff hereby submits this index of State Authorities cited in support of its Motion To

20   Remand.  A true and accurate copy of each case cited below is attached hereto.

21       <u>EXHIBIT</u>                   <u>CASE</u>

22       A        *Debbra J. Accardi v. The Superior Court of Ventura County*
                  (1993) 17 Cal.App. 4th 341.
23
         B        *George A. Collier v. Superior Court of Los Angeles County*
24                (1991) 228 Cal.App.3d 1117, 1127

25       C        *Apostol Livitsanos v. The Superior Court of Los Angeles County*
                  (1992) 2 Cal.4th 744
26
         D        *Michael Parada v. City of Colton*
27                (1994) 24 Cal.App. 4th 356, 365

28   ///

1

E    *Jack Shoemaker v. Beverlee A. Myers, et al.*
     (19990) 52 Cal. 3d 1

2

F    *Gordon Tameny v. Atlantic Richfield Company, et al.*
     (1980) 27 Cal.3d 167.

3

4

G    *United States Liability Insurance Company v.*
     *Haidinger-Hayes, Inc., et al.*
     (1970) 1 Cal. 3d 586; 595

5

6

H    *Richard Walrath v. Stephen Sprinkel*
     (2002) 99 Cal.App.4th 1237, 1241

7

I    *Joseph R. Wyatt v. Union Mortgage Company, et al.*
     (1979) Cal.3d 773.

8

9

10   Dated: October 29, 2007                    BOHN & BOHN, LLP

11

12                                  BY: _____
                                              ROBERT H. BOHN
                                              Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---