IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY GAW, | No. C 07-05105SI |
| Plaintiff, | **NOTICE** |
| v. | |
| ARTHUR J. GALLAGHER AND COMPANY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to remand has been continued to Friday, December 21, 2007, at 9:00 a.m.

Dated: November 2, 2007                                     RICHARD W. WIEKING, Clerk

                                                                                  Tracy Sutton
                                                                                  Deputy Clerk