**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 12/21/07

Case No.   C-07-5105 SI            Judge:   SUSAN ILLSTON

Title: TAMMY GAY  -v- ARTHUR GALLAGHER & CO.

Attorneys: R. Bohn          E. Anderson

Deputy Clerk: Tracy Sutton   Court Reporter: J. Columbini

**PROCEEDINGS**

1)   Motion to Remand - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED PART

Case continued to ___ @ 2:30 p.m. for Further Case Management Conference

Case continued to ___ @ 9:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to ___ @ 3:30 p.m. for Pretrial Conference

Case continued to ___ @ 8:30 a.m. for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: