BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

**DENIED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>        Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>JOSEPH INGE, an individual; DANIEL J.<br>MCNAMARA, an individual; and DOES 1<br>to 20, inclusive,<br><br>        Defendants. | Case No. 3:07-CV-5105<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGMENT CONFERENCE AND ASSOCIATED DEADLINES** |

The parties jointly seek to continue the Case Management Conference scheduled for January 18, 2008, and the associated deadlines, to a date to follow the Court's ruling on Plaintiff's Motion to Remand the Case to San Francisco County Superior Court and to a date convenient to the Court. Good cause exists for the requested continuance to allow for resolution of Plaintiff's Motion to Remand the Case to San Francisco County Superior Court.

IT IS HEREBY STIPULATED by the Plaintiff Tammy Gaw and Defendants Arthur J. Gallagher & Co., Joseph Inge and Daniel J. McNamara, through their counsel of record, to continue the January 18, 2008 Case Management Conference to a date convenient to the Court and to continue the deadline for the parities to file the Joint Case Management Statement and their respective Rule 26(f) Reports.

///

| | |
|---|---|
| Dated: January 8, 2008 | BOHN & BOHN LLP |
| | */s/ Robert H. Bohn* |
| | ROBERT H. BOHN<br>Attorneys for Plaintiff<br>TAMMY GAW |
| Dated: January 8, 2008 | SEYFARTH SHAW |
| | */s/ Eden Anderson* |
| | EDEN ANDERSON<br>Attorneys for Defendant<br>ARTHUR J. GALLAGHER & CO., et al. |

### ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The January 18, 2008 Case Management Conference is continued to _____, 2008 at _____ a.m./p.m. in Courtroom 10, 19th Floor;

Further, it is ordered that the deadline for the parties to file the Joint Case Management Statement and their respective Rule 26(f) Reports will be no less than 7 days prior to the new Case Management Conference date.

IT IS SO ORDERED.

Dated: January ___, 2008

_____
HONORABLE SUSAN ILLSTON