1  SEYFARTH SHAW LLP
   Kari Erickson Levine (SBN 146101) KLevine@seyfarth.com
2  Eden Anderson (SBN 233464) EAnderson@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   ARTHUR J. GALLAGHER & CO.,
6  JOSEPH INGE, and DANIEL J. McNAMARA

7

8

9                UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | TAMMY GAW,                              ) Case No. C 07 5105 SI
                                             )
12 |         Plaintiff,                      ) **CERTIFICATION OF INTERESTED
                                             ) ENTITIES OR PERSONS [L.R. 3-16]**
13 |     v.                                  )
                                             )
14 | ARTHUR J. GALLAGHER & CO.; JOSEPH       )
   | INGE, an individual; DANIEL J.          )
15 | MCNAMARA, an individual; and DOES 1     )
   | through 20, inclusive,                  )
16 |                                         )
   |         Defendants.                     )
17 |_____)

18

19     Pursuant to Civil L.R. 3-16, Defendants Arthur J. Gallagher & Co., Joseph Inge and

20 Daniel J. McNamara, by and through undersigned counsel of record, certify that there are no

21 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

22 or other entities that have a financial interest in the subject matter in controversy or in a party to

23 the proceeding, or that have a non-financial interest in that subject matter or in a party that could

24 be substantially affected by the outcome of this proceeding.

25

26

27

28

Certification of Interested Entities or Persons - Case No. C 07 5105 SI

| | | |
|---|---|---|
| 1 | DATED: January 10, 2008 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By /s/ Eden Andersen |
| 4 | | Kari Erickson Levine |
| | | Eden Anderson |
| 5 | | Attorneys for Defendants |
| | | ARTHUR J. GALLAGHER & CO., |
| 6 | | JOSEPH INGE, AND DANIEL J. MCNAMARA |

SF1 28312424.1