SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) KLevine@seyfarth.com
Eden Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
ARTHUR J. GALLAGHER & CO.,
JOSEPH INGE, and DANIEL J. McNAMARA

BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff
TAMMY GAW

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY GAW,<br><br>            Plaintiff,<br><br>    v.<br><br>ARTHUR J. GALLAGHER & CO.;<br>JOSEPH INGE, an individual; DANIEL J.<br>MCNAMARA, an individual; and DOES 1<br>to 20, inclusive,<br><br>            Defendants.<br>_____/ | Case No. CGC-07-465649<br><br>**JOINT RULE 26(f) REPORT AND<br>DISCOVERY PLAN**<br><br>Date: January 18, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Susan Illston<br>Dept./Place: Courtroom 10, 19th Floor |

      Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f), the parties met and conferred regarding: (1) the nature and basis of the claims and defenses in the case; (2) the possibilities for a prompt settlement or resolution of the case; (3) arrangements for the disclosures required by FRCP 26(a)(1); and (4) a proposed discovery plan.

1  The parties jointly propose to the Court the following discovery plan:

2  **A.     Initial Disclosures**

3  The parties will exchange the information required by FRCP 26(a)(1) on a olling basis and

4  will use their good faith best efforts to complete the initial disclosure process by January 18, 2008.

5  **B.     Discovery Scope and Schedule**

6  The parties intend to propound written discovery and depose witnesses, and otherwise

7  conduct discovery in accordance with the Local Rules and the FRCP.  The parties expect discovery

8  to conclude in late 2008, and propose a February 2009 trial date.

9  **C.     Electronically Stored Information**

10 There are presently no anticipated issues relating to disclosure or discovery of electronically

11 stored information.

12 **D.     Claims of Privilege or of Protection as Trial Preparation Materials**

13 There are presently no anticipated issues relating to claims of privilege or of protection as

14 to trial-preparation material.

15 **E.     Discovery Limitations**

16 Discovery should be conducted in accordance with the limitations imposed by the FRCP.

17 **F.     Other Orders**

18 Discovery in the case will likely entail the production of confidential and proprietary

19 information of Arthur J. Gallagher and/or its clients.  The parties are in the process of preparing a

20 Stipulated [Proposed] Protective Order to submit to the Court for consideration.

21 **DATED: January 11, 2008**                     Seyfarth Shaw LLP

22

23
                                                 By_____/s/_____
24
                                                 Kari Erickson Levine
25                                               Eden Anderson
                                                 Attorneys for Defendants
26                                               ARTHUR J. GALLAGHER & CO.,
                                                 JOSEPH INGE, AND DANIEL J.
27                                               MCNAMARA

28

| | | |
|---|---|---|
| 1 | DATED: January 11, 2008 | BOHN & BOHN, LLP |
| 2 | | |
| 3 | | By_____/s/_____ |
| 4 | | Robert H. Bohn, Sr. |
| 5 | | Attorneys for Plaintiff<br>TAMMY GAW |

Joint Rule 26(f) Report and Discovery Plan - Case No. C 07 5105 SI