# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gaw,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Arthur J. Gallagher & Co.,<br><br>　　　　　Defendant(s). | 07-05105 SI ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

**William Whitcom Faulkner**
McManis, Faulkner & Morgan
50 West San Fernando St., Suite 1000
San Jose, CA 95113
408-279-8700

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05105 SI ENE                             - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: January 15, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05105 SI ENE                                   - 2 -