**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 1/18/08

Case No.    C-07-5105 SI            Judge:   SUSAN ILLSTON

Title: TAMMY GAW  -v- ARTHUR GALLAGHER & CO.

Attorneys: R. Bohn           E. Anderson

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to  **4/25/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/19/08    @ 9:00 a.m.**   for Motions
(Motion due 11/14/08 , Opposition 11/28/08,  Reply 12/5/08)

Case continued to **3/3/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/16/08  @ 8:30 a.m.**  for Trial (Jury :  Days)
Discovery Cutoff: 10/31/08   Designate Experts by: 1/9/09, Rebuttal Experts: 1/20/09 , Expert Discovery Cutoff: 2/13/08

ORDERED AFTER HEARING:
The ENE session shall be completed by April 7, 2008.

Cc: ADR