## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMENDED                    CIVIL PRETRIAL MINUTES

Date: 1/18/08

Case No.   C-07-5105 SI          Judge:   SUSAN ILLSTON

Title: TAMMY GAW  -v- ARTHUR GALLAGHER & CO.

Attorneys: R. Bohn          E. Anderson

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  **4/25/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/19/08   @ 9:00 a.m.**   for Motions
(Motion due 11/14/08 , Opposition 11/28/08,  Reply 12/5/08)

Case continued to **3/3/09 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/16/09 @ 8:30 a.m.**  for Trial (Jury :  Days)
Discovery Cutoff: 10/31/08   Designate Experts by: 1/9/09, Rebuttal Experts: 1/20/09 , Expert Discovery Cutoff: 2/13/09

ORDERED AFTER HEARING:
The ENE session shall be completed by April 7, 2008.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED                              <u>CIVIL PRETRIAL MINUTES</u>

Date:<u>1/18/08</u>

Case No.   <u>C-07-5105 SI</u>            Judge:   <u>SUSAN ILLSTON</u>

Title: <u>TAMMY GAW</u>  -v- <u>ARTHUR GALLAGHER & CO.</u>

Attorneys: R. Bohn            E. Anderson

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: <u>n/a</u>

**<u>PROCEEDINGS</u>**

1)   <u>Initial Case Management Conference - HELD</u>

2)   _____

3)   _____

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to  <u>**4/25/08  @ 2:30 p.m.**</u> for Further Case Management Conference

Case continued to <u>**12/19/08   @ 9:00 a.m.**</u>   for Motions
(Motion due 11/14/08 , Opposition 11/28/08,  Reply 12/5/08)

Case continued to <u>**3/3/09 @ 3:30 p.m.**</u>  for Pretrial Conference

Case continued to <u>**3/16/09 @ 8:30 a.m.**</u>  for Trial (Jury :  Days)
Discovery Cutoff: 10/31/08   Designate Experts by: 1/9/09, Rebuttal Experts: 1/20/09 , Expert Discovery Cutoff: 2/13/09

ORDERED AFTER HEARING:
The ENE session shall be completed by April 7, 2008.

Cc: ADR