SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) KLevine@seyfarth.com
Eden E. Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
ARTHUR J. GALLAGHER & CO.,
JOSEPH INGE and DANIEL J. McNAMARA

BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. (SBN 36283)
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

Attorneys for Plaintiff
TAMMY GAW

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMMY GAW,

Plaintiff,

v.

ARTHUR J. GALLAGHER & CO., et al.

Defendants.

Case No. C 07-5105 SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE AN ENE SESSION**

Plaintiff Tammy Gaw ("Plaintiff") and Defendant Arthur J. Gallagher & Co. ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, the First Amended Complaint was filed January 18, 2008;

WHEREAS, counsel for Plaintiff was involved in significant trial preparation in January 2008 in a matter that settled on February 26, 2008;

WHEREAS, the Parties have scheduled depositions to begin in early May 2008 and anticipate serving and responding to written discovery in March and April 2008.

WHEREAS, the Court previously ordered the Parties to complete an Early Neutral Evaluation no later than April 7, 2008;

WHEREAS, the Parties require additional time to conduct discovery to make an ENE session more meaningful and have confirmed the neutral's availability for an ENE session on June 10, 2008;

NOW THEREFORE, the Parties stipulate to extend the deadline to complete ENE to June 30, 2008 to enable them time to conduct discovery, and resolve any discovery disputes that may arise, thereby enabling a more productive effort at alternative dispute resolution.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 18, 2008

SEYFARTH SHAW LLP

By ______________________
Kari Erickson Levine
Eden E. Anderson
Attorneys for Defendants
ARTHUR J. GALLAGHER & CO., JOSEPH INGE AND DANIEL J. MCNAMARA

DATED: March 17, 2008

BOHN & BOHN, LLP

By ______________________
Robert H. Bohn
Attorneys for Plaintiff
TAMMY GAW

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________

______________________
Susan Illston
United States District Judge

SF1 28317925.1 / 37808-000059

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On March 18, 2008, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE AN ENE SESSION**

☐ I sent such document from facsimile machine (415) 397-8549 on March 18, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

William Whitcom Faulkner
Appointed Evaluator
McManis, Faulkner & Morgan
50 West San Fernando St., Suite 1000
San Jose, CA 95113

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on March 18, 2008, at San Francisco, California.

Patricia K. Massender

Patricia K. Massender