**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW, | Case No. 3:07-CV-5105 SI |
| Plaintiff, | |
| v. | **NOTICE OF UNAVAILABILITY** |
| ARTHUR J. GALLAGHER & CO., | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Robert H. Bohn, will be out of the office and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte communications, appearing in court, or attending depositions, on the following dates:

**June 23, 2008 through to July 6, 2008**

Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299. The undersigned respectfully requests the cooperation of counsel during the above-period and reserves all rights with regard to any activity related to the above proceeding conducted during the above period of unavailability.

///
///

---

Gaw v. Arthur J. Gallagher & Co.
NOTICE OF UNAVAILABILITY

1

1  Dated:   April 4, 2008                          BOHN & BOHN LLP
2
3                                              BY: _____
4                                                  ROBERT H. BOHN, ESQ.
                                                   Attorney for Plaintiff
5

---

Gaw v. Arthur J. Gallagher & Co., et al.                    2
NOTICE OF UNAVAILABILITY