**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>CIVIL PRETRIAL MINUTES</u>

Date:<u>4/25/08</u>

Case No.   <u>C-07-5105 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>TAMMY GAW</u>  -v- <u>ARTHUR GALLAGHER & CO.</u>

Attorneys: R. Bohn          S. Gassemi (phone)

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:<u> n/a</u>

**PROCEEDINGS**

1)   <u>Further  Case Management Conference - HELD                                                         </u>

2)   <u>                                                                                                                                       </u>

3)   <u>                                                                                                                                       </u>

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                  PART

Case continued to  <u>8/15/08  @ 2:30 p.m.</u> for Further Case Management Conference

Case continued to<u>  </u> for Motions

Case continued to<u>  </u> for Pretrial Conference

Case continued to<u>  </u> for Trial (Jury :  Days)

ORDERED AFTER HEARING:
The ENE session will be held on June 10, 2008.