FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Gaw,

    Plaintiff(s),

  v.

Arthur J. Gallagher & Co.,

    Defendant(s).

No. C 07-05105 SI ENE

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) June 10, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☑ NO

Dated: June 10, 2008

*William Faulk* (signature)

Evaluator, William Whitcom Faulkner
McManis, Faulkner & Morgan
50 West San Fernando St., Suite 1000
San Jose, CA 95113

Certification of ADR Session
07-05105 SI ENE