1
2
3
4

**BOHN & BOHN** LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

5    Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO

10

11   TAMMY GAW,                             Case No. 3:07-CV-5105 SI

12              Plaintiff,

13        v.                                **NOTICE OF UNAVAILABILITY**

14   ARTHUR J. GALLAGHER & CO.,

15              Defendants.
                                    /
16

17        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

18        NOTICE IS HEREBY GIVEN THAT Robert H. Bohn, will be out of the office and

19   unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind,

20   responding to ex parte communications, appearing in court, or attending depositions, on the

21   following dates:

22                    **September 1, 2008 through September 5, 2008**

23        Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct.

24   *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.  The undersigned respectfully

25   requests the cooperation of counsel during the above-period and reserves all rights with regard to any

26   activity related to the above proceeding conducted during the above period of unavailability.

27   ///

28   ///

1   Dated:   June 23, 2008

2

3

BOHN & BOHN LLP

BY: ROBERT H. BOHN, ESQ.
Attorney for Plaintiff