BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.; and DOES 1 to 20, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:07-CV-5105<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties jointly seek to continue the Case Management Conference scheduled for August 15, 2008, at 2:30 P.M., due to plaintiff counsel's unavailability. Plaintiff's counsel has a pre-planned, pre-paid vacation in Southern California.

IT IS HEREBY STIPULATED by the Plaintiff Tammy Gaw and Defendant Arthur J. Gallagher & Co., through their counsel of record, to continue the August 15, 2008 Case Management Conference to a date convenient to the Court (counsel are available August 22 or 29, 2008 at 2:30 P.M.).

///
///
///
///
///

1  Dated: June 24, 2008                          BOHN & BOHN LLP

                                                 BY: ROBERT H. BOHN, JR. for
                                                     ROBERT H. BOHN
                                                     Attorneys for Plaintiff
                                                     TAMMY GAW


7  Dated: June 25, 2008                          SEYFARTH SHAW

                                                 BY: EDEN ANDERSON
                                                     Attorneys for Defendant
                                                     ARTHUR J. GALLAGHER & CO., et al.

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The August 15, 2008 Case Management Conference is continued to _____, 2008 at _____ A.M./P.M. in Courtroom 10, 19th Floor.

**IT IS SO ORDERED.**

Dated: _____, 2008

                                                 _____
                                                 HONORABLE SUSAN ILLSTON

---

Gaw v. Arthur J. Gallagher & Co., et al.                    2
Stipulation and [Proposed] Order to Continue Case Management Conference