BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>          Plaintiff,<br><br>     v.<br><br>ARTHUR J. GALLAGHER & CO.; and<br>DOES 1 to 20, inclusive,<br><br>          Defendants.<br>_____ / | Case No. 3:07-CV-5105<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

The parties jointly seek to continue the Case Management Conference scheduled for August 15, 2008, at 2:30 P.M., due to plaintiff counsel's unavailability. Plaintiff's counsel has a pre-planned, pre-paid vacation in Southern California.

IT IS HEREBY STIPULATED by the Plaintiff Tammy Gaw and Defendant Arthur J. Gallagher & Co., through their counsel of record, to continue the August 15, 2008 Case Management Conference to a date convenient to the Court (counsel are available August 22 or 29, 2008 at 2:30 P.M.).

///
///
///
///
///

---

Gaw v. Arthur J. Gallagher & Co., et al.              1
Stipulation and [Proposed] Order to Continue Case Management Conference

Dated: June 24, 2008

BOHN & BOHN LLP

BY: ROBERT H. BOHN, JR. for
ROBERT H. BOHN
Attorneys for Plaintiff
TAMMY GAW

Dated: June 25, 2008

SEYFARTH SHAW

BY: EDEN ANDERSON
Attorneys for Defendant
ARTHUR J. GALLAGHER & CO., ~~et al.~~

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The August 15, 2008 Case Management Conference is continued to __August 29, 2008__, 2008 at 2:30 A.M./P.M. in Courtroom 10, 19th Floor.

**IT IS SO ORDERED.**

Dated: _____, 2008

HONORABLE SUSAN ILLSTON

---

Gaw v. Arthur J. Gallagher & Co., et al.
Stipulation and [Proposed] Order to Continue Case Management Conference