**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>8/29/08</u>

Case No.   <u>C-07-5105 SI</u>         Judge:   <u>SUSAN ILLSTON</u>

Title: <u>TAMMY GAW</u>  -v- <u>ARTHUR GALLAGHER & CO.</u>

Attorneys: R. Bohn          Anderson

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:<u> n/a</u>

**PROCEEDINGS**

1)  <u>Further  Case Management Conference - HELD                                                        </u>

2)  <u>                                                                                                                              </u>

3)  <u>                                                                                                                              </u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                      PART

Case continued to <u> </u>

Case continued to<u>  </u> for Motions

Case continued to<u>  </u> for Pretrial Conference

Case continued to<u>  </u> for Trial (Jury :  Days)

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur before 10/17/08.

Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>CIVIL PRETRIAL MINUTES</u>

Date: <u>8/29/08</u>

Case No.   <u>C-07-5105 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title: <u>TAMMY GAW</u>  -v- <u>ARTHUR GALLAGHER & CO.</u>

Attorneys: R. Bohn          Anderson

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: <u> n/a</u>

**<u>PROCEEDINGS</u>**

1)  <u>Further  Case Management Conference - HELD                                                     </u>

2)  <u>                                                                                               </u>

3)  <u>                                                                                               </u>

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to <u> </u>

Case continued to<u>  </u> for Motions

Case continued to<u>  </u> for Pretrial Conference

Case continued to<u>  </u> for Trial (Jury :  Days)

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur before 10/17/08.

Wings