**BOHN & BOHN LLP**
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.; JOSEPH INGE, an individual; DANIEL J. MCNAMARA, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-5105<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DEADLINES** |

    The parties jointly seek to continue the current trial deadlines to allow the parties to finalize settlement in this matter. The parties propose all pertinent dates be continued for two weeks or to dates convenient to the Court. Good cause exists for the stipulation because the parties reached a tentative settlement on October 8, 2008, and only require additional time to finalize the settlement agreement and release.

    Pursuant to the Court's January 28, 2008 Pretrial Preparation Order, to follow is the current trial date and associated deadlines:

        Non-expert discovery cutoff was October 31, 2008.

        Dispositive motions shall be filed by November 14, 2008.

---

Gaw v. Arthur J. Gallagher & Co., et al.
Stipulation and [Proposed] Order to Continue Trial Deadlines    1

1  Opposition(s) to dispositive motions due November 28, 2008.
2  Reply(ies) to dispositive motions due December 5, 2008.
3  Last day for hearing dispositive motions is December 19, 2008 at 9:00 A.M.
4  Designation of experts is January 9, 2009.
5  Designation of rebuttal experts is January 20, 2009.
6  Expert discovery cutoff is February 13, 2009.
7  Pretrial Conference date is March 16, 2009 at 3:30 P.M.
8  Trial - March 16, 2009 at 8:30 A.M., Courtroom 10, 19th floor.
9  IT IS HEREBY STIPULATED by Plaintiff Tammy Gaw and Defendant Arthur J.
10 Gallagher & Co. through their counsel of record that:
11     The Court's Pretrial Conference Order is amended as follows:
12         Non-expert discovery is closed.
13         Dispositive motions shall be filed by November 28, 2008.
14         Opposition(s) to dispositive motions due December 12, 2008.
15         Reply(ies) to dispositive motions due December 19, 2008.
16         Last day for hearing dispositive motions is January 2, 2008 at 9:00 A.M.
17         Designation of experts is January 23, 2009.
18         Designation of rebuttal experts is February 3, 2009.
19         Expert discovery cutoff is February 27, 2009.
20         Pretrial Conference date is March 16, 2009 at 3:30 P.M.
21         Trial - March 16, 2009 at 8:30 A.M., Courtroom 10, 19th floor.

22 DATED: November 12, 2008

BOHN & BOHN LLP

By: _____
Robert H. Bohn
Attorney for Plaintiff

25 DATED: November 12, 2008

SEYFARTH SHAW LLP

By: _____
Eden Andersen
Attorneys for Defendant

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The Court's Pretrial Conference Order is amended as follows:

    Non-expert discovery is closed.

    Dispositive motions shall be filed by November 28, 2008.

    Opposition(s) to dispositive motions due December 12, 2008.

    Reply(ies) to dispositive motions due December 19, 2008.

    Last day for hearing dispositive motions is January ~~2, 2008~~ 16, 2009 at 9:00 A.M.

    Designation of experts is January 23, 2009.

    Designation of rebuttal experts is February 3, 2009.

    Expert discovery cutoff is February 27, 2009.

    Pretrial Conference date is March 3, 2009 at 3:30 P.M.

    Trial - March 16, 2009 at 8:30 A.M., Courtroom 10, 19th floor.

Dated: November ___, 2008

_____
HONORABLE SUSAN ILLSTON