**BOHN & BOHN** LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 N. Third Street, Suite 200
San Jose, California 95112
Telephone:(408) 279-4222
Fax No. (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMY GAW | No. C-07-5105 SI 20611 |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL |
| ARTHUR J. GALLAGHER & CO., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 17, 2008

BOHN & BOHN

BY: _____
ROBERT H. BOHN, ESQ.
Attorney for Plaintiff

///

///

///

---

*GAW v. ARTHUR J. GALLAGHER & CO., et al.*
STIPULATION OF DISMISSAL                1

Dated: December 17, 2008           SEYFARTH SHAW LLP

                                   BY: /s/ Eden Anderson
                                   EDEN ANDERSON, ESQ
                                   Attorney for Defendants

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

*GAW v. ARTHUR J. GALLAGHER & CO., et al.*
STIPULATION OF DISMISSAL                 2